UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,           )
                                    )
                    Plaintiff,      )          No. 3:07-CR-113
V.                                  )          (Jordan / Guyton)
                                    )
LARRY EUGENE HAMPTON, and           )
DANIEL GLENN HAMPTON,               )
                                    )
                    Defendants.     )


## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court upon motion of both defendants in this case to extend the deadline for filing pretrial motions, Defendant Daniel Hampton has filed Motion to Extend Motion Cut-Off Deadline [Doc. 50]; Defendant Larry Hampton has filed Motion to Join in Defendant Daniel Glen Hampton's Motion to Extend Motion Cut-Off Date [Doc. 51].

In support of their request, the two defendants report they have received extensive discovery materials from the government, including an estimated 25 compact discs with audio recordings. The defendants relate their understanding that the government investigation leading to this indictment has been underway for a period of years and the focus of active efforts since June 2006. The defendants also state the alleged criminal activity involves a number of unindicted persons as well as three others charged in the instant indictment. For these reasons, the defendants request leave to file pretrial motion until October 19, 2007. Although the defendants were unable to ascertain the position of the government prior to filing their requests, Assistant United States Attorney Hugh B. Ward has now indicated the United States does not oppose the requested extension.

The Court finds that good cause has been shown to extend the deadline previously establish for filing of motions. Accordingly, the Motion to Extend Motion Cut-Off Deadline **[Doc. 50]** and Motion to Join in Defendant Daniel Glen Hampton's Motion to Extend Motion Cut-Off Date **[Doc. 51]** are **GRANTED**. Pretrial motions for Daniel Glen Hampton and Larry Eugene Hampton are due **October 19, 2007.** Should such motions be filed, any responses are due **October 30, 2007.**

If pretrial motions are filed, the Court will conduct a status conference at the date and time previously established for the Pretrial Conference on **October 25, 2007, at 10:00 a.m.** The Court observes that the disposition of pretrial motions may necessitate continuance of the current November 1, 2007, trial date. Further, because all defendants had not been apprehended at the time the trial date was set, the timing of their initial appearance before the Court may preclude trial on the currently scheduled date. 18 U.S.C. § 3161(c)(2); [Doc. 49]. Accordingly, if a motion is made to continue the trial date in this case, the Court will take up that matter at the October 25, 2007, at 10:00 a.m. pretrial conference.

**IT IS SO ORDERED.**

ENTER:

_____s/ H. Bruce Guyton_____
United States Magistrate Judge