UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:07-CR-113 |
| V. | ) | (Jordan / Guyton) |
| | ) | |
| DANIEL GLENN HAMPTON, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. Upon receipt of Defendant Daniel Glenn Hampton's *pro se* motion requesting medical care, [Doc. 75-3], the Court was promptly notified by Attorney Jonathan Moffatt, on Mr. Hampton's behalf, that the relief sought in the motion had been provided. Attorney Moffatt reported that Mr. Hampton had been afforded the appropriate medical treatment and the issues raised in his motion are now moot.

Accordingly, the Court finds Defendant Daniel Glenn Hampton's *pro se* motion requesting medical care **[Doc. 75-3]** is **DENIED** as moot.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge