UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-CR-113 |
| | ) | (JORDAN/GUYTON) |
| DANIEL GLEN HAMPTON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This criminal action came before the Court on February 7, 2008, for a hearing on various defense motions, including defendant Daniel Glen Hampton's Motion to Suppress Wiretaps. [Doc. 61] During the hearing, the Court determined that a hearing on the Motion to Suppress Wiretaps would not be needed, instead finding that the Court could rule on the motion based upon the filings, the wiretap applications, and the affidavits in support of the wiretap applications. Based upon that ruling, defense counsel for defendant Hampton requested leave to file a supplemental brief addressing the need for a hearing and the presentation of evidence on the wiretap issue. The Court gave defendant Hampton until February 22,2008, to supplement his Motion to Suppress Wiretap and gave the government until February 29, 2008, to respond to any

such supplement. The Court will hold the defendant's Motion to Suppress Wiretaps in abeyance until it can review any supplemental filings on the issue of whether a hearing is needed.

**IT IS SO ORDERED.**

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge